**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: GIBNEY  DOCKET NO.: 3:24-CR-149
REPORTER: GIL HALASZ, OCR  DATE: OCTOBER 28, 2024

| UNITED STATES OF AMERICA | COUNSEL |
|---|---|
| v. | |
| 1. HERMAN LEROY MALLORY, JR. | 1. LAUREN WHITLEY, AFPD |

**APPEARANCES:** GOVERNMENT <u>ERIC GILLILAND & STEPHEN MILLER, AUSA</u> ☒
DEFENDANT WITH COUNSEL ☒   DEFENDANT WITHOUT COUNSEL ☐
DEFENDANT NOT PRESENT ☐   WAIVER OF APPEARANCE FILED ☐

**BAIL STATUS:** DEFENDANT ON BOND ☐   DEFENDANT INCARCERATED ☒   BOND NOT SET ☐

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ☐   REARRAIGNMENT/GUILTY PLEA ☒   MOTIONS ☐
OTHER: _____ ☐

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ☐
CRIMINAL INFORMATION FILED ☐
OTHER _____ ☐

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) <u>1</u> ☒
DEFENDANT REARRAIGNED ON COUNT(S) <u>1</u> ☒
PLEA BARGAIN AGREEMENT FILED ☒   NO PLEA AGREEMENT ☐
STATEMENT OF FACTS FILED ☒   USED AS SUMMARY ☒
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) <u>1</u> ☒
COURT ACCEPTED PLEA ☒   GOVERNMENT SUMMARIZED EVIDENCE ☐

<u>**JUDGMENT:**</u>  DEFENDANT GUILTY AS CHARGED IN COUNT(S) <u>1</u> ☒
PRESENTENCE REPORT ORDERED ☒   P.S.I. WAIVED ☐
SENTENCING GUIDELINE ORDER ENTERED ☒

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ☐   DEFT REMANDED ☒
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ☐
BENCH WARRANT TO ISSUE ☐   MOTION DENIED ☐

**OTHER PROCEEDINGS:**
☐ Government motion to unseal Indictment; granted.
☐ Motions to be filed within ____ days; Responses due ___ days thereafter; ___ days for Reply.  Contact Chambers to schedule oral argument, if necessary.
☐ Jury Instructions to be filed one (1) week prior to trial.
☐ Agreed Discovery Order presented; entered by Court.
☐ Consent Order of Forfeiture presented, entered by Court.

**CASE CONTINUED TO: MARCH 4, 2025 AT 9:00 AM.**

CASE SET: 2:00 PM   BEGAN: 2:06 PM   ENDED: 2:37 PM   TIME IN COURT: 31 MINUTES